UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Cristian Sanchez, on behalf of himself and all
others similarly situated,

                                    Plaintiff,

            -against-

Purity Organic, Inc.,

                                    Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2021

1:21-cv-03044 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for general pretrial management. (ECF No. 5.) The parties (or, if Defendant has not appeared in the case, only Plaintiff) shall appear for a Telephone Conference on Wednesday, June 9, 2021 at 10:30 a.m. to discuss the status of this case. Plaintiff shall be prepared to discuss any efforts made to serve Defendant with the Complaint. At the scheduled time, each party shall call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:   New York, New York
         May 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge