UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Cristian Sanchez, on behalf of himself and all
others similarly situated,

                              Plaintiff,

        -against-

Purity Organic, Inc.,

                              Defendant.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021
```

1:21-cv-03044 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff commenced this lawsuit by filing a Complaint on April 8, 2021. (ECF No. 1.) Although Defendant was served with the Summons and Complaint on April 19, 2021 (*see* ECF No. 6), to date, Defendant has failed to appear. Following a telephone conference held before me on June 9, 2021, the Court hereby ORDERS that, no later than Wednesday, June 16, 2021, Plaintiff shall request from the Court, pursuant to Local Civil Rule 55.1, a Clerk's Certificate of Default.

**SO ORDERED.**

DATED:   New York, New York
         June 9, 2021

_____
STEWART D. AARON
United States Magistrate Judge