UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　　-v-<br><br>PURITY ORGANIC, INC.,<br><br>　　　　　　　　　　　　　Defendant. | 21 Civ. 3044 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On April 8, 2021, plaintiff filed the complaint. Dkt. 1. On April 12, 2021, the case was referred to Magistrate Judge Aaron for general pretrial supervision. Dkt. 5. On April 19, 2021, the defendant was served with the summons and complaint. Dkt. 6. On May 26, 2021, Judge Aaron scheduled a teleconference for June 9, 2021. Dkt. 7. On June 9, 2021, the defendant having not appeared, Judge Aaron plaintiff to request a Clerk's Certificate of Default by June 16, 2021. Dkt. 8. On June 16, 2021, plaintiff requested for a Clerk's Certificate of Default, which issued on June 17, 2021. Dkts. 9–11.

Defendant has still not appeared. Accordingly, by July 13, 2021, plaintiff shall submit a motion for default judgment that complies with the Court's Individual Rules and Practices, available at https://nysd.uscourts.gov/hon-paul-engelmayer.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: June 22, 2021
　　　　New York, New York