UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,

                               Plaintiffs,

-v-

PURITY ORGANIC, INC.,

                               Defendant.

21 Civ. 3044 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 8, 2021, plaintiff filed the complaint. Dkt. 1. On April 12, 2021, the case was referred to Magistrate Judge Aaron for general pretrial supervision. Dkt. 5. On April 19, 2021, the defendant was served with the summons and complaint. Dkt. 6. On May 26, 2021, Judge Aaron scheduled a teleconference for June 9, 2021. Dkt. 7. On June 9, 2021, defendant having not appeared, Judge Aaron ordered plaintiff to request a Clerk's Certificate of Default by June 16, 2021. Dkt. 8. On June 16, 2021, plaintiff requested a Clerk's Certificate of Default, which issued on June 17, 2021. Dkts. 9–11.

On June 22, 2021, the Court ordered plaintiff to submit a motion for a default judgment by July 13, 2021. Dkt. 12. On July 13, 2021, plaintiff filed a motion for a default judgment. Dkts. 13–16. Plaintiff's motion and supporting papers are in good order.

In light of the current public health situation, the Court will resolve the default judgment motion on the papers. If the defaulting defendant intends to oppose the motion, their counsel shall enter a notice of appearance before August 12, 2021, and file an opposition on ECF, explaining why a default judgment is not warranted, by August 12, 2021, at 2:30 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2021
　　　New York, New York